AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

LOYA INSURANCE COMPANY,

                Plaintiff,

   v.

JORGE ANTONIO CHAVEZ VUELVAS, et al.,

                Defendants.

DEFAULT JUDGMENT

Case Number: 2:19-cv-01976-GMN-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff against Defendants.

12/7/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk